IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW ROUNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-13-2823 |
| § | |
| CAROLYN W. COLVIN, Commissioner § | |
| of the Social Security Administration, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Recommendation of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 20, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge